UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

SNOWFLAKE, INC.,

Case Nos.: Civil, Butte, Judge Brian Morris 24-46; 24-50; 24-51; 24-55; 24-56; 24-57; 24-58; 24-60; 24-62; 24-64; 24-65; 24-66; 24-67; 24-68; 24-71; 24-74 ;24-76; 24-77; 24-79; and 24-84

Defendant Snowflake has moved the Court to consolidate all pending actions in the District of Montana and to sever those claims against other defendants. Defendant Snowflake has subsequently moved to stay this case pending resolution of the JPML hearing. While some of the Plaintiffs oppose some of the relief requested in Snowflake's motions, all Plaintiffs consent and agree to consolidation of the pending actions and to stay the case briefing pending resolution of the MDL request by the JPML panel. WHEREFORE, IT IS HEREBY ORDERED that: 1. The above-listed actions shall be CONSOLIDATED for all purposes into the first-filed action, which is the case with the lowest number. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 2:24-cv-00046 which shall hereinafter be a Consolidated Action. The Clerk is DIRECTED to administratively close the remaining actions. 2. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action

and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action; 3.This case briefing is STAYED pending the JPML's decision on the Motion to Transfer all cases related to the data incident at Snowflake Inc. to a new MDL pursuant to 28 U.S.C. § 1407 (MDL No. 3126).

DATED this 3rd day of September, 2024.

_____
Brian Morris
United States District Court Judge