IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No. 2:24-MD-03126-BMM<br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS |

Based on Defendants Ticketmaster L.L.C.'s and Live Nation Entertainment Inc.'s (collectively, "Ticketmaster") and Plaintiffs (the "Parties") Joint Motion to Stay Proceedings, and good cause have been shown,

IT IS HEREBY ORDERED that all deadlines are STAYED with respect to Ticketmaster through May 15, 2025.

IT IS FURTHER ORDERED that the Parties shall file a joint status report by May 15, 2025, to address whether the Stay should be continued and, if not, provide a proposed schedule for the Parties' respective deadlines.

DATED this 26th day of February 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Courts